1  **WO**

☒ FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 1 4 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                         FOR THE DISTRICT OF ARIZONA

8

9   United States of America,              )      CR-01-1149-PCT-FJM
                                           )
10            Plaintiff,                    )
                                           )
11  vs.                                     )
                                           )
12  Merrill Owen Bilagody,                  )           **ORDER**
                                           )
13            Defendant.                    )
                                           )
14  _____)

15

16        A detention hearing and a preliminary revocation hearing on the Petition on

17  Supervised Release were held on October 9, 2008.

18        **THE COURT FINDS** that the Defendant has knowingly, intelligently, and

19  voluntarily waived his right to a detention hearing and a preliminary revocation hearing and

20  has consented to the issue of detention being made based upon the allegations in the Petition.

21        **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden

22  of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that

23  he is neither a flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529

24  (9th Cir. 1994).

25

26

27

28

1    **IT IS ORDERED** that the Defendant shall be detained pending further order of the

2  court.

3    DATED this   14ᵗʰ day of October, 2008.

Lawrence O. Anderson
United States Magistrate Judge